IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ACACIA WILLIAMS et al.,

    Plaintiffs,

v.                                         CASE NO. 1:20cv67-RH-GRJ

RON DESANTIS et al.,

    Defendants.

_____/

## ORDER DISMISSING THE WINTERS CLAIMS

Based on their notices of voluntary dismissal, ECF Nos. 37 and 38, the claims of the plaintiffs Ray Winters and Kathleen Winters are dismissed without prejudice. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

SO ORDERED on April 24, 2020.

                                        s/Robert L. Hinkle
                                        United States District Judge