IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ACACIA WILLIAMS et al.,

    Plaintiffs,

v.                                             CASE NO. 1:20cv67-RH-GRJ

RON DESANTIS et al.,

    Defendants.

_____/

KIRK NIELSEN et al.,

    Plaintiffs,

v.                                             CASE NO. 4:20cv236-RH-MJF

RON DESANTIS et al.,

    Defendants.

_____/

## ORDER REQUIRING A MORE DEFINITE STATEMENT

    By noon on May 26, 2020, the plaintiffs in No. 1:20cv67 must file a succinct more definite statement with two numbered lists. The first must list the acts or failures to act that the plaintiffs assert are unconstitutional or unlawful. The list should include no argument, unnecessary detail, or clutter and thus should include a description such as "failure to provide a method for a blind plaintiff to cast a

secret ballot remotely" or "failure to provide postage for mailing in a ballot." The second list must identify, for each item on the first list, the plaintiffs who assert the claim and the defendants against whom they assert it. The more definite statement need not list the constitutional or statutory provision on which the plaintiffs base a claim.

    SO ORDERED on May 24, 2020.

                                       s/Robert L. Hinkle
                                       United States District Judge