IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DREAM DEFENDERS, et al.

    Plaintiffs,

v.                                        CASE No. 1:20-cv-67-RH-GRJ

LAUREL M. LEE, et al.,

    Defendants.
_____/

KIRK NIELSEN, et al.,

    Plaintiffs,                          CASE No. 4:20-cv-236-RH-MJF

v.

LAUREL M. LEE, et al.,

    Defendants.
_____/

## O R D E R

Pending before the Court is ECF No. 123, Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Jennifer Lai-Peterson.

Jennifer Lai-Peterson, a Senior Attorney at Advancement Project National Office in Washington, D.C., requests permission to appear *pro hac vice* as co-counsel for Plaintiffs Dream Defenders. The movant completed the computer-based tutorial for attorney admission and the tutorial on this

Court's CM/ECF system. Movant has also paid the necessary filing fee. She has attached a certificate of good standing from the State Bar of California.

Therefore, upon due consideration, Plaintiffs' Motion for Admission *Pro Hac Vice* of Jennifer Lai-Peterson , ECF No. 123, is **GRANTED**. Jennifer Lai-Peterson is permitted to appear in this action as co-counsel for Plaintiffs Dream Defenders and receive electronic filings in this case.

**DONE AND ORDERED** this 7th day of July 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge