UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DREAM DEFENDERS,
NEW FLORIDA MAJORITY EDUCATION FUND,
ORGANIZE FLORIDA EDUCATION FUND,
ZEBRA COALITION,
ACACIA WILLIAMS,
BIANCA MARIA BAEZ,
MURRAY HELLER,
PAULINA HERNANDEZ MORALES,
CELCIO EDUARDO ROMERO,
SHEILA YOUNG, and
TERRIAYNA SPILLMAN,

      Plaintiffs,

v.                                                   Case No. 1:20cv67-RH-GRJ

RON DESANTIS et al.,

      Defendants.

_____/

**JUDGMENT**

This judgment is entered under Federal Rule of Civil Procedure Rule 54(b). The judgment dismisses the claims of the original plaintiffs in this individual case but not the claims of the intervening plaintiffs. The dismissal follows (1) an order determining that claims against the defendant Florida Elections Canvassing

Commission in its name are barred by the Eleventh Amendment, (2) an order determining the court lacks jurisdiction over the plaintiff Zebra Coalition's claims, (3) separate orders voluntarily dismissing the claims of the plaintiffs Acacia Williams, Bianca Maria Baez, Terriayna Spillman, Ray Winters, and Kathleen Winters, and (4) a settlement agreement calling for dismissal of the all other claims.

It is adjudged:

1. All claims against the defendant Florida Elections Canvassing Commission in its name are dismissed for lack of jurisdiction.

2. All claims of the plaintiff Zebra Coalition are dismissed for lack of jurisdiction.

3. All claims of the plaintiffs Acacia Williams, Bianca Maria Baez, Terriayna Spillman, Ray Winters, and Kathleen Winters are voluntarily dismissed without prejudice.

4. The claim of the other original plaintiffs—Dream Defenders, New Florida Majority Education Fund, Organize Florida Education Fund, Murray Heller, Paulina Hernandez Morales, Celcio Eduardo Romero, and Sheila Young—challenging the failure to provide an accessible method for virtually or manually impaired voters

Case 1:20-cv-00067-RH-GRJ   Document 126   Filed 07/24/20   Page 3 of 3

to cast a private and independent mail ballot is dismissed with prejudice against the state-level defendants and without prejudice against the county-level defendants.

    5. All other claims of the plaintiffs Dream Defenders, New Florida Majority Education Fund, Organize Florida Education Fund, Murray Heller, Paulina Hernandez Morales, Celcio Eduardo Romero, and Sheila Young are dismissed with prejudice.

                                           JESSICA J. LYUBLANOVITS
                                           CLERK OF COURT

July 24, 2020                                    s/Adelita Tinaya-Miller
DATE                                              Deputy Clerk: Adelita Tinaya-Miller