# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KIRK NIELSEN et al.,

    Plaintiffs,

v.

RON DESANTIS et al.,

    Defendants.

_____/

CONSOLIDATED
CASE NO. 4:20cv236-RH-MJF

## ORDER FOR DISMISSAL

    Prior judgments dismissed all claims of the original plaintiffs in these two consolidated cases. The prior judgment in Case No. 1:20cv67 was entered under Federal Rule of Civil Procedure 54(b). The prior judgment in Case No. 4:20cv236 resolved all claims among all parties in that individual case and thus was entered under Federal Rule of Civil Procedure 58.

    The prior judgments left pending only claims of the intervening plaintiffs In Case No. 1:20cv67. Based on a settlement agreement, the intervening plaintiffs have moved to dismiss their claims with prejudice and without retention of jurisdiction to enforce the settlement agreement. This order directs the clerk to enter judgment accordingly. Because the judgment will resolve all remaining

claims among all parties, it will be a Federal Rule of Civil Procedure 58 final judgment.

IT IS ORDERED:

1. The motion for voluntary dismissal, ECF No. 619, is granted.

2. The clerk must enter judgment in Case No. 1:20cv67 stating, "This judgment is entered under Federal Rule of Civil Procedure 58 and resolves all remaining claims among all parties. It is adjudged that the claims of the intervening plaintiffs Deborah C. Grubb, Douglas E. Hall, Carl F. McCoy, James K. Kracht, Dolor Ginchereau, and the Florida Council of the Blind are dismissed with prejudice."

3. The clerk must close both of the consolidated cases—Cases No. 4:20cv236 and 1:20cv67.

SO ORDERED on August 5, 2020.

s/Robert L. Hinkle
United States District Judge
